# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1804 CAS (MRW) | Date | November 8, 2018 |
|---|---|---|---|
| Title | Luis Alonso Castillo-Rodriguez v. Kirstjen Nielsen et al | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

　　Petitioner filed a notice dismissing the petition. (Docket # 9.) This action is dismissed without prejudice.